**JAMES HAWKINS APLC**
JAMES R. HAWKINS SBN 192925
GREGORY MAURO, SBN 222239
MICHAEL CALVO, SBN 314986
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676
James@jameshawkisapplc.com
Greg@jameshawkinsaplc.com
Michael@jameshawkinsaplc.com

Attorneys for Plaintiff, DAVID G. GAGNIER
On behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. GAGNIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SITEONE LANDSCAPE SUPPLY, LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:21-cv-01834 CJC (DFMx)<br>Hon. Cormac J. Carney<br><br>**PLAINTIFF'S NOTICE OF CLASS ACTION SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD PLEASE TAKE NOTICE THAT:** Plaintiff David D. Gagnier ("Plaintiff") by and through his counsel of record hereby provides notice of the Class Action Settlement reached in this matter. The Parties have executed a long form settlement agreement. Plaintiff anticipates filing the Motion for Preliminary Approval of the Class Action Settlement within the next few weeks with a hearing date of May 8, 2023 at 1:30 p.m.

Dated: March 22, 2023                Respectfully submitted,

                                       JAMES R. HAWKINS, APLC

                                       By /s/ Gregory Mauro
                                           JAMES R. HAWKINS
                                           GREGORY MAURO
                                           MICHAEL CALVO

                                         Attorneys for Plaintiff DAVID D. GAGNIER
                                         individually and on behalf of all others
                                         similarly situated

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Eastern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: March 22, 2023            /s/ Gregory Mauro
                                  Gregory Mauro, Esq.