James R. Hawkins, Cal Bar No. 192925
Gregory Mauro, Cal Bar No. 222239
JAMES R. HAWKINS, APLC
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: 949.387.7200
Facsimile: 949.387.6676
Email: james@jameshawkinsaplc.com
        greg@jameshawkinsaplc.com
Attorneys for Plaintiff DAVID D.
GAGNIER individually and on behalf of
all others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. GAGNIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SITEONE LANDSCAPE SUPPLY, LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive, | Case No. 8:21-cv-01834 CJC (DFMx)<br>Hon. Cormac J. Carney<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEYS' FEES, COSTS, SERVICE AWARD, AND ADMINISTRATION COSTS; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>[Proposed] Order and Declarations of Class Counsel James Hawkins, Administrator Nick Castro of ILYM Group, Inc. and Plaintiff Gagnier filed concurrently herewith]<br><br>Date: October 2, 2023<br>Time: 1:30 p.m.<br>Courtroom: 9B |

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

NOTICE IS HEREBY GIVEN that on October 2, 2023 at 1:30 p.m. before the Honorable Cormac J. Carney in Courtroom 9B of the United States District Court for the Central District of California, located at 411 West 4th Street, Santa Ana, California 92701-4516, Plaintiff Gagnier ("Plaintiff"), on behalf of the certified Class for settlement purposes, will and hereby does move this Court for an Order which will:

1.  Finally adjudicate the Settlement is fair, adequate, and reasonable;

2.  Direct distribution of the Settlement benefits by the Settlement Administrator to all participating class members or Settlement Class Members in accordance with the Settlement Agreement;

3.  Approve and direct the payment to the Settlement Administrator from the Gross Settlement Fund or GSF $20,000 for its fees and costs in administering the Settlement in accordance with the Settlement Agreement;

4.  Approve and direct payment to Class Counsel in the amount of 1/3 of GSF for their attorneys' fees in the sum of $266,666 and reimbursement of their actual litigation costs of $14,411.55 in accordance with the Settlement Agreement.

5.  Approve and direct the Class Representative Service Award to be paid from the GSF to the Plaintiff Gagnier in the sum of $7,500 in accordance with the Settlement Agreement;

6.  Approve administration costs in the sum of $20,000.

7.  Approve the PAGA Penalty Payment in the sum of $50,000 and direct $37,500 (75%) of which to be paid to the Labor and Workforce Development Agency ("LWDA") and the remainder to Settlement Class members pursuant to the Settlement; and

8.  Direct the Clerk of Court to enter final judgment; and without affecting the finality of the final judgment, to reserve the Court's

- 1 -

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

continuing jurisdiction over the Parties for the purpose of implementing, enforcing, or administering the Settlement.

This Motion is made on the grounds the proposed Settlement, which was preliminarily approved by this Court on June 6, 2023 [Dkt. No. 39] is the product of arms'-length, good-faith negotiations, and is fair and reasonable to the Class who have embraced the Settlement as there is a 99.9% participation rate, with one (1) exclusion and zero objections. The proposed Settlement should now be finally approved, as more fully discussed in the attached Memorandum of Points and Authorities in Support of Final Approval of Class Action Settlement and entering Final Judgment.

This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the Declarations of Class Counsel, the Declaration of Nick Castro on behalf of ILYM Group, Inc., the Declaration of Plaintiff Gagnier, the Order Granting Preliminary Approval of Class Action Settlement, and such other records and files in this action, and such other matters as may be properly presented at or before the hearing.

The Parties have met and conferred regarding the substance of this Motion and Plaintiffs anticipate no objection to this Motion from Defendant.

Dated: September 1, 2023

JAMES HAWKINS APLC

By: /s/ Gregory Mauro

James R. Hawkins, Esq.
Gregory Mauro, Esq.

Attorneys for Plaintiff DAVID D. GAGNIER and for Members of the Class

- 2 -

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2023 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

Dated: September 1, 2023                    By: /s/ Gregory Mauro
                                                 GREGORY MAURO, ESQ.

- 3 -

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**